**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01304-LTB-MJW

CHARLES MATTHYS, a Texas citizen;
TYLER MATTHYS, a Texas citizen; and
LINDA PHILLIPS, a New Mexico citizen,

        Plaintiffs,

v.

NARCONON FRESH START, d/b/a A LIFE WORTH SAVING, INC.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL,

        Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Motion to Stay Discovery and Vacate Current Discovery Deadlines Pending Resolution of Motions to Dismiss (Doc 49 - filed October 15, 2014) is **GRANTED**.

Dated:   October 16, 2014

---