**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01304-LTB-MJW

CHARLES MATTHYS, a Texas citizen,
TYLER MATTHYS, a Texas citizen, and
LINDA PHILLIPS, a New Mexico citizen,

      Plaintiffs,

v.

NORCONON FRESH START d/b/a A Life Worth Saving, Inc.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL,

      Defendants.

---

**ORDER**

---

Upon the Notice of Motion to Transfer to the United States Judicial Panel On Multidistrict Litigation (Doc 52) filed November 3, 2014, it is

ORDERED that all dates previously set in this matter including the trial set December 7, 2015 and the trial preparation conference set November 6, 2015, are VACATED and all motions pending are HELD IN ABEYANCE pending resolution of the Motion to Transfer.

                                      BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   November 4, 2014