# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01304-LTB-MJW

CHARLES MATTHYS, a Texas Citizen;
TYLER MATTHYS; a Texas Citizen; and
LINDA PHILLIPS, a New Mexico Citizen.

      Plaintiffs

  v.

NARCONON FRESH START, d/b/a A LIFE WORTH SAVING, INC.;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and NARCONON INTERNATIONAL.

      Defendants

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all claims between Plaintiffs, Charles Matthys, Tyler Matthys and Linda Phillips, and Defendants Narconon Fresh Start, Association for Better Living and Education International and Narconon International have been resolved and the parties have reached a settlement. Dismissal documents will be filed with the court shortly.

DATED: July 31, 2015    By:    *s/ Ryan C. Gill*
                                            Ryan C. Gill, Attorney Reg. #37320
                                            LEWIS BRISBOIS BISGAARD & SMITH LLP
                                            1700 Lincoln Street, Suite 4000
                                            Denver, Colorado 80203
                                            303.861.7760
                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of July, I presented the foregoing Notice of Settlement to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all counsel of record, including the following:

Ryan Andrew Hamilton, Esq.
HAMILTON LAW LLC
5125 South Durango Drive, Suite C
Las Vegas, NV 89113
*Attorneys for Plaintiffs*

David Evan Miller, Esq.
SAEED & LITTLE, LLP
1433 Meridian Street, Suite 202
Indianapolis, IN  46202
*Attorneys for Plaintiffs*

                                                         */Marianne Cassedy*
                                                     A duly signed original is on file at the Law Offices of LEWIS BRISBOIS