**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:14-CV-01304-LTB-MJW

CHARLES MATTHYS, a Texas citizen,
TYLER MATTHYS, a Texas citizen, and
LINDA PHILLIPS, a New Mexico citizen,

        Plaintiffs

v.

NARCONON FRESH START, d/b/a A LIFE WORTH SAVING,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL,
NARCONON INTERNATIONAL,
DOES 1-100, ROE Corporations I-X, inclusive,

        Defendants

## STIPULATED DISMISSAL OF THIS ACTION IN ITS ENTIRETY

Plaintiffs Charles Matthys, Tyler Matthys, and Linda Phillips (collectively, "Plaintiffs") and Defendants Narconon Fresh Start ("Fresh Start"), Association for Better Living and Education International ("ABLE"), and Narconon International ("NI") (Defendants collectively are "Defendants") (Plaintiffs and Defendants collectively are the "Parties"), by and through their respective counsel of record, stipulate to dismiss this action in its entirety, including all claims asserted against any of the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1.    The Parties have reached a compromise and settlement of all claims that have been asserted or could have been asserted in this action.

2.    The Parties stipulate and agree that this action, including each and every claim asserted against any of the Defendants, is dismissed *with prejudice*, with each party paying its own costs, expenses, and attorney's fees.

3. Dismissal of this action in its entirety is proper under Rule 41(a)(1)(A)(ii) because the Parties stipulate to the dismissal of this action against Defendants *with prejudice*.

WHEREFORE, the Parties respectfully request this Court dismiss this action as between these Parties *with prejudice*.

| | |
|---|---|
| Dated:  August 26, 2015 | By:  *s/ Ryan C. Gill* |
| | Ryan C. Gill, Atty. Reg. No.: 37320 |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 1700 Lincoln Street, Suite 4000 |
| | Denver, Colorado 80203 |
| | 303.861.7760 |
| | Ryan.Gill@lewisbrisbois.com |
| | *Attorneys for Defendant Narconon Fresh Start* |
| Dated:  August 26, 2015 | By:  *s/ Ryan A. Hamilton* |
| | Ryan A. Hamilton, Esq. |
| | HAMILTON LAW LLC |
| | 5125 South Durango Drive, Suite C |
| | Las Vegas, NV 89113 |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2015, I presented the foregoing STIPULATED DISMISSAL OF THIS ACTION IN ITS ENTIRETY to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to all counsel of record, including the following:

Ryan Andrew Hamilton, Esq.
HAMILTON LAW LLC
5125 South Durango Drive, Suite C
Las Vegas, NV 89113
*Attorneys for Plaintiffs*

                 *s/ Ryan Gill*