IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-01304-LTB-MJW

CHARLES MATTHYS, a Texas citizen,
TYLER MATTHYS, a Texas citizen, and
LINDA PHILLIPS, a New Mexico citizen,

    Plaintiffs,

v.

NARCONON FRESH START, d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, and
NARCONON INTERNATIONAL,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Dismissal of this Action in its Entirety (Doc 72 - filed August 26, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

DATED: August __27__, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE